UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA,

       -against-                                            S1 16-cr-0212 (LAK)

LAQUAN PARRISH, et al.
  a/k/a "Mad Dog,"
  a/k/a "Quanzaa,"

                           Defendants.
------------------------------------------------x

**ORDER**

Lewis A. Kaplan, *District Judge*.

       Any opposition to the government's letter motion for a protective order [DI 293] shall be filed on or before June 2, 2016.

       SO ORDERED.

Dated:       May 31, 2016

                                                    Lewis A. Kaplan
                                            United States District Judge