# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

RITA M. GLAVIN
PARTNER
(212) 574-1309
glavin@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

April 18, 2017

Judge Lewis A. Kaplan
United States Courthouse
500 Pearl St., Courtroom 21B
New York, NY 10007-1312

Re:   **United States v. Robert Pope – S1 16 Cr. 212 (LAK)**

Dear Judge Kaplan:

We respectfully notify the court that defendant Robert Pope wishes to attend the May 2, 2017 hearing in this matter.

Regards,

*(signature)*

Rita M. Glavin

cc:   Rachel Maimin
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

SK 88888 0178 7463003