UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
United States of America,

vs.                                          16 cr 212-12 (LAK)

ROBERT POPE,
                         Defendant.

------------------------------x

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

      The defendant is hereby restored to supervised release pursuant to the judgment dated November 3, 2017.

      IT IS HEREBY ORDERED that, provided there are no outstanding detainers against the defendant ROBERT POPE, the defendant is discharged from the custody of the United States Marshal immediately and in accordance with any special conditions as directed by the Court.

DATED: February 3, 2020

                                            Lewis A. Kaplan
                                         United States District Judge