UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
UNITED STATES OF AMERICA

    -against-

Robert Pope (12)

-----------------------------------x

ORDER

16-cr-212-12 (LAK)
Docket #

Hon. Lewis A. Kaplan, DISTRICT JUDGE.

The attorney retained in this case,

Matthew D. Myers is hereby ordered

to assume representation of the defendant in the above captioned

matter in his capacity as a CJA atty.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: 2/3/2020